1  Abran E. Vigil
   Nevada Bar No. 7548
2  Sylvia O. Semper
   Nevada Bar No. 12863
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070

6  *Attorneys for Plaintiff/Counterdefendant*
   *Wells Fargo Bank NA, As Trustee for*
7  *WaMu Mortgage Pass Through*
   *Certificates Series 2005-PR2 Trust*

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  WELLS FARGO BANK, N.A. AS
    TRUSTEE FOR WAMU MORTGAGE        Case No.  2:13-cv-01231-RCJ-GWF
    PASS THROUGH CERTIFICATES
12  SERIES 2005-PR2, a national association,

13                  Plaintiff,

14  vs.                              SUBSTITUTION OF COUNSEL

15  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company; DOES 1
16  through 10; and ROE BUSINESS
    ENTITIES 1 through 10, inclusive;
17
                    Defendants.
18

19  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
20
    Counter-claimant/Third-party Plaintiff,
21
    vs.
22
    WELLS FARGO BANK, N.A., AS
23  TRUSTEE FOR WAMU MORTGAGE
    PASS THROUGH CERTIFICATES
24  SERIES 2005-PR2, a national association;
    BANK OF AMERICA, N.A., a national
25  association; ANTHONY V. ROYBAL, an
    individual; DOES I through X, inclusive;
26  and ROES 1 through 10, inclusive;

27  Counter-defendants/Third-party
    Defendants.
28

DMWEST #12130316 v1

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The law firm of BALLARD SPAHR LLP hereby substitutes in the place and stead of TIFFANY & BOSCO, PA, as attorneys of record for Plaintiff/Counterdefendants *Wells Fargo Bank NA, As Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust.*

DATED this 27th day of May, 2015.

BALLARD SPAHR LLP

By: /s/ Abran E. Vigil
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

Plaintiff/Counterdefendants *Wells Fargo Bank NA, As Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust* hereby consents to the substitution of the law firm of BALLARD SPAHR LLP as their attorneys of record in the above-entitled action in the place and stead of the law firm of TIFFANY & BOSCO, PA.

DATED this _____ day of May, 2015.

Wells Fargo Bank NA, As Trustee for WaMu
Mortgage Pass Through Certificates Series
2005-PR2 Trust
By:_____

_____

Its:_____

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2

DMWEST #12130316 v1

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The law firm of BALLARD SPAHR LLP hereby substitutes in the place and stead of TIFFANY & BOSCO, PA, as attorneys of record for Plaintiff/Counterdefendants *Wells Fargo Bank NA, As Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust*.

DATED this _____ day of May, 2015.

                BALLARD SPAHR LLP


By:_____
   Abran E. Vigil
   Nevada Bar No. 7548
   Sylvia O. Semper
   Nevada Bar No. 12863
   BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
   Las Vegas, Nevada 89106-4617

Plaintiff/Counterdefendants *Wells Fargo Bank NA, As Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust* hereby consents to the substitution of the law firm of BALLARD SPAHR LLP as their attorneys of record in the above-entitled action in the place and stead of the law firm of TIFFANY & BOSCO, PA.

DATED this ___ day of May, 2015.

                JPMorgan Chase Bank N.A. as Attorney if fact for Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass through Certificates Series 2005-PR2 Trust

By:_____

Its: **Assistant Secretary**

DMWEST #12130316 v1

TIFFANY & BOSCO, PA hereby withdraws as counsel of record in the above-entitled action on behalf of Plaintiff/Counterdefendants *Wells Fargo Bank NA, As Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust.*

DATED this 5 day of May, 2015.

TIFFANY & BOSCO, PA

By: _____
Gregory L. Wilde
Nevada Bar No. 4417
Kevin S. Soderstrom
Nevada Bar No. 10235
212 South Jones Blvd.
Las Vegas, NV 89107

**ORDER**

IT IS SO ORDERED, this 28th day of May, 2015.

_____
District/Magistrate Judge

3

DMWEST #12130316 v1