UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. as Trustee for WAMU MORTGAGE PASS through Certificates Series 2005-PR2 Trust, a national association,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>        Defendant. | Case No. 2:13-cv-01231-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time for Filing Dispositive Motions (#90), filed on April 29, 2016. To date, no party has filed a response to this motion and the time for opposition has now expired. *See Minute Order (#91).* Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time for Filing Dispositive Motions (#90) is **granted**. The parties shall have until **Monday, July 25, 2016** to file dispositive motions.

DATED this 11th day of May, 2016.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge